**Order entered May 20, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00057-CV

## NOVO POINT, LLC, QUANTEC, LLC, RPV, LTD., AND JEFFREY BARON, Appellants

### V.

### ELISSA KATZ, ET AL., Appellees

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-19-01898-D**

### ORDER

On February 25, 2021, we suspended the deadline for filing the reporter's record pending the filing of the clerk's record and determination of our jurisdiction over this accelerated appeal. The clerk's record was filed May 14, 2021, and the Court's jurisdiction has been determined. Accordingly, we **ORDER** Coral L. Wahlen, Official Court Reporter for County Court at Law No. 4, to file the reporter's record no later than June 1, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms.

Wahlen and the parties.

/s/    CRAIG SMITH
       JUSTICE